Honorable Monica Benton

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-0417 RSM |
| Plaintiff, ) | |
| v. ) | |
| ) | AGREED ORDER REGARDING |
| CHRISTOPHER PORTER, ) | CONDITIONS OF RELEASE |
| Defendant. ) | |

**I. Stipulation**

NOW COME the defendants, Christopher Porter, through his attorney, James L. Vonasch, and the United States through its attorney, Lisca Borichewski, and stipulate, subject to the approval of the Court to a change in the conditions of the defendant's release as follows:

The Pretrial Services officers have indicated that they recommend Mr. Porter no longer be required to be subject to the restriction of house arrest. Therefore, the parties agree that the condition that Mr. Porter be maintained on house arrest is no longer necessary and request the Court to remove that condition from his pretrial release.

It is agreed that all other conditions of his release be maintained as they are.

DATED this 24___ day of _JULY_____, 2006.

AGREED ORDER REGARDING
CONDITIONS OF RELEASE (CR05-417RSM) - 1

**JAMES L. VONASCH**
*Attorney at Law*
200 Maynard Building
119 First Avenue
Seattle, Washington 98104
(206) 682-1016

| | |
|---|---|
| DEFENDANT: | UNITED STATES OF AMERICA:<br>John McKay, US Attorney |
| /s/ James L. Vonasch<br>James L. Vonasch | By: /s/ Lisca Borichewski<br>Lisca Borichewski, AUSA |

## II. Order

THIS MATTER having come before the Court upon the agreement of the parties, the Court being advised that Pretrial Services has recommended that Mr. Porter's condition of home detention be removed, it is hereby

**ORDERED** that the condition that Mr. Porter be subject to home detention is removed as a condition of his release. All other conditions of his release remain in full effect.

DATED this 27th day of July, 2006.

_____
Monica J. Benton
U.S. Magistrate Judge

**Presented by:**

/s/ James L. Vonasch
James L. Vonasch
 WSBA #2353
 Attorney for Defendant

| | |
|---|---|
| Mailing address: | 321 The Florentine<br>526 First Avenue South<br>Seattle WA 98104 |
| By Legal Messenger: | 200 Maynard Building<br>119 First Avenue South<br>Seattle WA 98104 |
| Telephone and Fax: | (206) 682-1016 phone<br>(206) 447-1523 fax |
| Email: | vonaschj@comcast.net |

AGREED ORDER REGARDING
CONDITIONS OF RELEASE (CR05-417RSM) - 2

**JAMES L. VONASCH**
*Attorney at Law*
200 Maynard Building
119 First Avenue
Seattle, Washington 98104
(206) 682-1016

1
2
3 **Copy Received; Approved For Entry;**
**Notice of Presentation Waived:**
JOHN MCKAY, US ATTORNEY
4
5 By: _/s/ Lisca Borichewski
Lisca Borichewski, AUSA
6
7      This document has been filed and served electronically on July 19, 2006.    James Vonasch.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AGREED ORDER REGARDING
CONDITIONS OF RELEASE (CR05-417RSM) - 3

**JAMES L. VONASCH**
*Attorney at Law*
200 Maynard Building
119 First Avenue
Seattle, Washington 98104
(206) 682-1016