# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER DWAYNE PORTER, ) <br> ) <br> Defendant. ) | Case No. CR05-417-RSM <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 21, 2010. The defendant appeared pursuant to a warrant issued in this case. The UniJames L. Vonasch. Also present was U.S. Probation Officer Jonathan M. Ishii. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on September 15, 2006 by the Honorable Ricardo S. Martinez for Conspiracy to Engage in Money Laundering. He received 24 months of detention and 3 years of supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated January 11, 2010, U.S. Probation Officer Jonathan M. Ishii alleged that

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

defendant violated the following conditions of supervised release:

1. Using oxycodone and xanax, on or about November 30, 2009, without a prescription by physician, in violation of standard condition 7.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing February 5, 2010 at 10:00 a.m. before District Judge Ricardo S. Martinez.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 21st day of January, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge